AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
FEB 18 2016
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Angel Montelongo-Hernandez (1) | ) | Case No. |
| Jesse Villarreal (2) | ) | 4:16-MJ-67 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  2/10/16 - 2/17/16  in the county of  Collin and elsewhere  in the  Eastern  District of  Texas and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 846 | Conspiracy to possess with the intent to distribute cocaine |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Antonio Jasso, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  02/18/2016

_____
Judge's signature

City and state:  Plano, Texas    Don D. Bush, United States Magistrate Judge
Printed name and title